# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lungstrum, John W. | USDC, District of Kansas | 05/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Senior Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

517 U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Morgan Stanley Bank (money market account) | A | Dividend | J | T | | | | | |
| 2.  College Station TX School District (Bond) | A | Interest | K | T | | | | | |
| 3.  MSILF Govt PtfInsi (Mutual Fund) | A | Dividend | L | T | | | | | |
| 4.  MSILF Prime PTF (Mutual Fund) | A | Dividend | K | T | Buy | 09/12/19 | K | | |
| 5.  Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 6.  EV Floating Rate A (Mutual Fund) | B | Interest | K | T | | | | | |
| 7.  Blackstone REIT | A | Dividend | K | T | Buy | | | | |
| 8.  EV Kansas Municipals (Mutual fund) | A | Interest | K | T | | | | | |
| 9.  Tortoise MLP Fund Inc. (Mutual Fund) | B | Dividend | J | T | | | | | |
| 10.  IRA | | | | | | | | | |
| 11.  -AQR Managed Futures (Mutual Fund) | A | Dividend | | | Sold (part) | 12/31/19 | J | A | |
| 12. | | | | | Sold (part) | 04/12/19 | J | A | |
| 13. | | | | | Sold (part) | 08/27/19 | J | A | |
| 14. | | | | | Sold (part) | 09/04/19 | J | A | |
| 15.  -AQR Market Neutral Inst (Mutual Fund) | A | Dividend | | | Sold (part) | 01/02/19 | K | A | |
| 16. | | | | | Sold (part) | 03/06/19 | J | A | |
| 17.  -AQR Style Premia Alternative (Mutual Fund) | A | Dividend | | | Sold | 01/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -Blackrock Event Driven | A | Dividend | J | T | Buy | 12/31/19 | J | | |
| 19.  -Blackrock GLB Long Short | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 20. | | | | | Buy | 07/19/19 | J | | |
| 21. | | | | | Buy | 09/04/19 | J | | |
| 22. | | | | | Buy | 12/26/19 | J | | |
| 23.  -Blackrock Strategc Inc. OPPI (Mutual Fund) | B | Dividend | L | T | Sold (part) | 01/25/19 | J | A | |
| 24. | | | | | Buy | 03/08/19 | L | | |
| 25. | | | | | Sold (part) | 08/27/19 | J | A | |
| 26.  -Blackstone Alt Mutl-Strat | A | Dividend | K | T | Buy | 01/04/19 | J | | |
| 27. | | | | | Buy | 01/25/19 | J | | |
| 28. | | | | | Buy | 03/06/19 | K | | |
| 29. | | | | | Buy | 03/08/19 | J | | |
| 30. | | | | | Sold (part) | 09/04/19 | J | A | |
| 31.  -Causeway Intl Value (Mutual Fund) | B | Dividend | | | Sold | 01/02/19 | L | A | |
| 32.  -Columbia Strategic Inc. Inst. (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/25/19 | J | A | |
| 33.  -Fidelity ADV FLTG RT (Mutual Fund) | A | Dividend | | | Sold | 01/02/19 | L | A | |
| 34.  -Fidelity ADV Total Bond I | B | Dividend | L | T | Buy | 12/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 01/25/19 | J | A | |
| 36. | | | | | Buy | 03/08/19 | J | | |
| 37. | | | | | Sold<br>(part) | 08/27/19 | J | A | |
| 38.    -Gabelli Gold I (Mutual Fund) | A | Dividend | | | Sold | 03/08/19 | J | A | |
| 39.    -Harding Loevner Int's Eq (HLMIX) | B | Dividend | M | T | Buy | 01/02/19 | M | | |
| 40. | | | | | Sold<br>(part) | 03/08/19 | K | A | |
| 41. | | | | | Sold<br>(part) | 08/27/19 | J | A | |
| 42.    -Healthcare Sel (Mutual Fund) | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 43.    -Henderson Intl Opport I (Mutual Fund) | B | Dividend | | | Sold | 01/02/19 | L | B | |
| 44.    -Invesco Small Cap Y (Mutual Fund) | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | A | |
| 45.    -Invesco Opp Ltd Team | A | Dividend | J | T | Buy | 03/01/19 | J | | |
| 46.    -IShares Russell 200 GRWTH ETF (Mutual<br>Fund) | A | Dividend | J | T | Sold<br>(part) | 08/27/19 | J | A | |
| 47.    -IShares Russell Midcap G ETF (Mutual<br>Fund) | A | Dividend | K | T | Sold<br>(part) | 01/25/19 | J | A | |
| 48. | | | | | Sold<br>(part) | 08/27/19 | J | A | |
| 49.    -IShares Russell Midcap V ETF (Mutual<br>Fund) | A | Dividend | K | T | Sold<br>(part) | 01/25/19 | J | A | |
| 50. | | | | | Sold<br>(part) | 03/05/19 | J | A | |
| 51.    -IShares S&P 500 Growth (Mutual Fund) | A | Dividend | L | T | Sold<br>(part) | 01/25/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/07/19 | J | A | |
| 53. | | | | | Sold (part) | 03/08/19 | K | A | |
| 54. | | | | | Sold (part) | 08/27/19 | J | A | |
| 55.   -IShares S&P 500 Val (Mutual Fund) | A | Dividend | K | T | Sold (part) | 01/25/19 | J | A | |
| 56. | | | | | Buy | 07/19/19 | J | | |
| 57.   -IShares S&P Mid-Cap 400 G ETF (Mutual Fund) | A | Dividend | K | T | Sold (part) | 03/08/19 | J | A | |
| 58. | | | | | Sold (part) | 08/27/19 | J | A | |
| 59.   -IShares Small Cap 600 Index | A | Dividend | J | T | Buy | 01/25/19 | J | | |
| 60.   -MSDW Liq. Asset (Money market fund) | A | Dividend | J | T | | | | | |
| 61.   -Oppenheimer Ltd Term BDY (Mutual Fund) | A | Dividend | | | Sold | 01/25/19 | J | A | |
| 62.   -Pimco Foreign Bd US $ Hedged P (Mutual Fund) | A | Dividend | J | T | Sold (part) | 08/27/19 | J | A | |
| 63.   -Pimco 1-5 Yr U.S. TIPX IDX FD (Mutual Fund) | A | Dividend | J | T | Sold (part) | 08/27/19 | J | A | |
| 64.   -Pimco Income P (Mutual Fund) | B | Dividend | K | T | Buy | 03/08/19 | J | | |
| 65. | | | | | Sold (part) | 08/27/19 | J | A | |
| 66.   -Pioneer MLTI Ast Ult Sht | A | Dividend | K | T | Buy | 03/08/19 | K | | |
| 67. | | | | | Sold (part) | 08/27/19 | J | A | |
| 68.   -Principal GLB REL EST (POSIX) (Mutual Fund) | A | Dividend | J | T | Sold (part) | 01/25/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Tortoise MLP & Pipline (TORIX) | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 70. | -The Financial Sel Sect SPDR FD (Mutual Fund) | A | Dividend | J | T | Buy | 01/25/19 | J | A | |
| 71. | -Utilities Sel Sect SPDR Fund (XLU) (Mutual Fund) | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 72. | -Vanguard Info Tech (Mutual Fund) | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 73. | | | | | | Sold<br>(part) | 03/07/19 | J | A | |
| 74. | -Vanguard REIT ETF (Mutual Fund) | B | Dividend | | | Sold | 03/08/19 | K | A | |
| 75. | -Vanguard SHR-TM Infat Protec (Mutual Fund) | A | Dividend | J | T | Sold<br>(part) | 01/25/19 | J | A | |
| 76. | -Vanguard Value ETF (Mutual Fund) | B | Dividend | M | T | Buy | 03/08/19 | K | F | |
| 77. | | | | | | Sold<br>(part) | 08/27/19 | J | A | |
| 78. | -Vanguard FTSE Dev. Mkts E (Mutual Fund) | A | Dividend | K | T | Buy | 01/25/19 | J | | |
| 79. | | | | | | Sold<br>(part) | 07/19/19 | J | A | |
| 80. | -Vanguard SHR-TM Inflation Protec (Mutual Fund) | A | Dividend | J | T | Sold<br>(part) | 08/27/19 | J | A | |
| 81. | -Vanguard Small Cap Indx Inv (Mutual Fund) | A | Dividend | | | Sold | 01/25/19 | J | A | |
| 82. | -Virtus Insight Emerg Mkts (Mutual Fund) | A | Dividend | | | Sold | 01/02/19 | K | A | |
| 83. | -Virtus NWFLT MLTSEC SHTM | B | Dividend | K | T | Buy | 01/25/19 | J | | |
| 84. | | | | | | Sold<br>(part) | 08/27/19 | J | A | |
| 85. | -Virtus Vontobel Emry Mkt | A | Dividend | K | T | Buy | 01/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/07/19 | J | A | |
| 87. | | | | | Sold (part) | 03/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Lungstrum, John W.** | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Lungstrum**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544